GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant, FORD MOTOR COMPANY

JOURNEY LAW GROUP
1762 Westwood Blvd., Ste 260
Los Angeles, CA 90024
Telephone: (424) 206-4303
Facsimile: (424) 220-7388
Attorney: GUY MIZRAHI, SBN: 220930

Attorneys for Plaintiff, GLORIA J. ALVAREZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA J. ALVAREZ, an individual, | Case No: 2:21-cv-02559-PSG-PD |
| | Dist Judge Philip S. Gutierrez |
| | Mag Judge Patricia Donahue |
| Plaintiff, | Courtroom: 6A |
| vs. | |
| FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive, | **[PROPOSED] ORDER** |
| Defendants. | |

The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date:_____                    _____
                                    Honorable Phillip S. Gutierrez
                                    Judge of the United States
                                    District Court

1

---

[PROPOSED] ORDER

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

                                        */s/Heidi Dufour*
                                        Heidi Dufour