GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant, FORD MOTOR COMPANY

JOURNEY LAW GROUP
1762 Westwood Blvd., Ste 260
Los Angeles, CA 90024
Telephone: (424) 206-4303
Facsimile: (424) 220-7388
Attorney: GUY MIZRAHI, SBN: 220930

Attorneys for Plaintiff, GLORIA J. ALVAREZ

FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Link #16

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA J. ALVAREZ, an individual,<br><br>         Plaintiff,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No: 2:21-cv-02559-PSG-PD<br>Dist Judge Philip S. Gutierrez<br>Mag Judge Patricia Donahue<br>Courtroom: 6A<br><br>**[PROPOSED] ORDER** |

The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date: 2/23/22

_____
Honorable Phillip S. Gutierrez
Judge of the United States
District Court

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

/s/Heidi Dufour
Heidi Dufour